## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Mary Constance Hanes
Louisiana Appellate Project
P. O. Box 4015
New Orleans LA 70178-4015

Fernand Paul Autery
Louisiana State Penitentiary DOC No. 313537
Camp C -  Jaguar 4 L 10
Angola LA 70712

### REHEARING ACTION: May 4, 2011

**Docket Number: 10   00886-KA**

**STATE OF LOUISIANA**
**VERSUS**
**FERNAND PAUL AUTERY**

**Appealed from Iberia Parish Case No. 03-1561**

**BEFORE JUDGES:**

    Hon. John D. Saunders
    Hon. Oswald A. Decuir
    Hon. Jimmie C. Peters

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Fernand Paul Autery** has this day been

    **DENIED.**

cc: Hon. J. Phillip Haney, Counsel for the Appellee
    Walter James Senette  Jr., Counsel for the Appellee